| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Strawbridge, David R. | 2. Court or Organization<br><br>Eastern District of Pennsylvania | 3. Date of Report<br><br>05/08/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full Time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>601 Market Street, Room 3030<br>Philadelphia, PA 19106 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director and Advisory Board Chair | Bethesda Project |
| 2. | Trustee | Trust #1 (see VIII - #3) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 8/27/93 | Cozen O'Connor Deferred Compensation Plan (See VIII - #1) |
| 2. | 12/31/71 | Cozen O'Connor Profit Sharing 401(k) Plan (See VIII - #2) |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 05/08/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | Self-Employed Artist |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | 4/28/2011 - 4/30/101 | Orlando, FL | Speaker at REIM Orlando | Registration Fee, Meals, Mileage, Transportation |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 05/08/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Bank/Wells Fargo Bank (see VIII, #4) | A | Interest | J | T | | | | | |
| 2. Vanguard PA Tx Exempt Money Market Fund | A | Dividend | J | T | | | | | |
| 3. Vanguard Intermediate Term Treas Fund Adm Shares | D | Dividend | M | T | | | | | |
| 4. Vanguard Short Term Treas Fund Adm Shares | A | Dividend | L | T | | | | | |
| 5. Vanguard Intermediate Term Tx Exempt Fund Inv Shares | A | Dividend | J | T | | | | | |
| 6. Vanguard LT Tx Empt Inv Shares | A | Dividend | | | Sold | 05/05/11 | J | A | |
| 7. Vanguard LT Tx Empt Adm Shares | C | Dividend | L | T | Buy | 05/05/11 | J | | |
| 8. Vanguard International Value Fund | B | Dividend | L | T | Sold (part) | 12/14/11 | J | A | |
| 9. Vanguard Tx Managed Capital Appreciation Fund Adm Shares | B | Dividend | L | T | Sold (part) | 03/31/11 | J | A | |
| 10. | | | | | Sold (part) | 12/28/11 | J | A | |
| 11. Vanguard Tx Managed Growth and Income Fund Adml Shares | B | Dividend | L | T | Sold (part) | 01/25/11 | J | A | |
| 12. | | | | | Sold (part) | 02/25/11 | J | A | |
| 13. | | | | | Sold (part) | 03/25/11 | J | A | |
| 14. | | | | | Sold (part) | 04/25/11 | J | A | |
| 15. | | | | | Sold (part) | 05/25/11 | J | A | |
| 16. | | | | | Sold (part) | 06/24/11 | J | A | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Vanguard Total International Stock Index Fund Admiral | B | Dividend | K | T | Buy | 03/04/11 | K | | |
| 20. Vanguard Total International Stock Index Fund | | None | | | Sold | 03/04/11 | K | | |
| 21. Vanguard Variable Annuity - Total Bond Market | | None | M | T | | | | | |
| 22. Vanguard Variable-Growth | | None | K | T | | | | | |
| 23. Fidelity Balanced Fund | B | Dividend | L | T | | | | | |
| 24. Fidelity Government Income | B | Dividend | L | T | | | | | |
| 25. Phoenix Annuity | | None | K | T | | | | | |
| 26. Boston Capital Tax Credit Fund III | A | Interest | K | T | | | | | |
| 27. Boston Capital Tax Credit Fund IV | A | Interest | J | T | | | | | |
| 28. IRA #1 | | | | | | | | | |
| 29. Vanguard U.S. Growth Fund Investor Share | A | Dividend | K | T | | | | | |
| 30. Vanguard Growth and Income Investor Shares | A | Dividend | K | T | | | | | |
| 31. | | | | | | | | | |
| 32. IRA #2 | | | | | | | | | |
| 33. Vanguard U.S. Growth Fund Investor Shares | A | Dividend | J | T | | | | | |
| 34. Vanguard Growth and Income Adm Shares | A | Dividend | L | T | Buy | 05/02/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 05/08/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard Prime Money Market Fund | A | Dividend | J | T | Buy | 07/12/11 | J | | |
| 36. IRA #3 | | | | | | | | | |
| 37. Invesco Utilities Fund - A (see VIII, #5) | A | Dividend | | | Sold | 05/02/11 | K | | |
| 38. | | | | | | | | | |
| 39. Profit Sharing - 401(k) Plan | | | | | | | | | |
| 40. Pimco Total Return Fund Administrative Shares | A | Dividend | O | T | | | | | |
| 41. Dodge and Cox Balanced Fund | D | Dividend | M | T | | | | | |
| 42. T. Rowe Price 2010 Retirement Fund | E | Dividend | O | T | | | | | |
| 43. American Funds Fundamental Inv. RS | E | Dividend | N | T | | | | | |
| 44. T. Rowe Price - money market "misc. account" | A | Interest | K | T | | | | | |
| 45. | | | | | | | | | |
| 46. Pension #1 | | | | | | | | | |
| 47. Fidelity Adv. Freedom (see VIII, #6) | | None | | | Sold | 07/12/11 | J | | |
| 48. | | | | | | | | | |
| 49. Trust #1 (See VIII, #3) | | | | | | | | | |
| 50. Wachovia Bank/Wells Fargo (See VIII, #4) | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 05/08/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#1 - Partially funded plan to pay set sum per year for 10 years (to May, 2015).

#2 - No control as to 2/3 plan - control within limited group of funds for remaining 1/3 - See Part VII (lines 39-44).

#3 - Trust holds a life insurance policy for a close relative - See Part VII (lines 49-50).

#4 - Wells Fargo acquired Wachovia - began trading as Wells Fargo in 2011 - my accounts remained (lines 1 and 50).

#5 - IRA rollover sold (line 37) to buy Vanguard Growth & Income Adiral Shares (line 34).

#6 - Rollover sold (line 47) to buy Vanguard Prime Money Market Fund (line 35).

| Name of Person Reporting | Date of Report |
|---|---|
| Strawbridge, David R. | 05/08/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ David R. Strawbridge**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544